UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-30036-MAP |
| ) | |
| DAVID RUIZ, ) | |
| Defendant. ) | |

## GOVERNMENT'S MOTION TO SEAL AND IMPOUND

The United States of America, by its undersigned attorneys, respectfully requests that the Court seal and impound the accompanying indictment, arrest warrant, returns, and all other documents relating to the indictment and arrest warrant. The investigation is confidential and continuing. Premature release of these documents and any resulting court orders could jeopardize the investigation.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
TODD E. NEWHOUSE
Assistant U.S. Attorney

Date: June 9, 2005