# U.S. District Court
## Middle District of Florida (Ft. Myers)
### CRIMINAL DOCKET FOR CASE #: 2:05-mj-01050-DNF-ALL
### Internal Use Only

Case title: USA v. Ruiz                                    Date Filed: 06/16/2005

Assigned to: Magistrate Judge Douglas N. Frazier

**Defendant**

**David Ruiz** (1)                represented by   **Russell K. Rosenthal**
                                                    Federal Public Defender's Office
                                                    Federal Bldg., Suite 2-146
                                                    2110 First St.
                                                    Ft. Myers, FL 33901
                                                    239/461-2020
                                                    Fax: 239/461-2025
                                                    Email: russ_rosenthal@fd.org
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*
                                                    Designation: *Public Defender or Community Defender Appointment*

**Pending Counts**                                  **Disposition**
None

**Highest Offense Level (Opening)**
None

I CERTIFY THE FOREGOING TO BE A TRUE
AND CORRECT COPY OF THE ORIGINAL.
CHERYL L. LOESCH, CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
BY: _____
DEPUTY CLERK

**Terminated Counts**                               **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**                                      **Disposition**
21:846=ND.F

**Plaintiff**

**USA**                           represented by   **Jeffrey Michelland**

| | | |
|---|---|---|
| 06/22/2005 | 9 | COMMITMENT to another district as to David Ruiz. Defendant committed to District of Massachusetts. Signed by Judge Douglas N. Frazier on 6/22/2005. (BJH, ) (Entered: 06/22/2005) |
| 06/22/2005 | 10 | TRANSFER Rule(5)(c) to District of Massachusetts as to David Ruiz (BJH, ) (Entered: 06/22/2005) |
| 06/22/2005 | 11 | ORDER OF DETENTION as to David Ruiz Signed by Judge Douglas N. Frazier on 6/22/2005. (BJH, ) (Entered: 06/22/2005) |

2:05 mj 1050 DNF

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 05-3003⅜-⏋⏌⌐⌐ |
| ) | |
| ) | 21 U.S.C. § 841 (Distribution |
| v. ) | and Possession with Intent to |
| ) | Distribute Cocaine Base) |
| ) | (Count One) |
| ) | |
| DAVID RUIZ, ) | 18 U.S.C. § 2 (Aiding and |
| Defendant. ) | Abetting)(Count One) |

### INDICTMENT

The Grand Jury charges that:

COUNT ONE:    (Title 21, United States Code, Section 841:
Distribution and Possession with Intent to
Distribute Cocaine Base; Title 18, United States
Code, Section 2: Aiding and Abetting)

1.   On or about November 9, 2004, in Hampden County, in the District of Massachusetts,

DAVID RUIZ,

the defendant herein, did knowingly and intentionally distribute and possess with intent to distribute a mixture or substance containing a detectable amount of cocaine base in the form of crack cocaine, a Schedule II controlled substance.

2.   The offense described in Paragraph One of Count One of this Indictment involved five grams or more of a mixture or substance containing cocaine base in the form of crack cocaine. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(iii) applies to this case.

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.



## FORFEITURE ALLEGATION

(21 U.S.C. § 853)

The Grand Jury further charges that:

1. As a result of the offenses alleged in Count One of this Indictment,

DAVID RUIZ,

defendant herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of the offenses, and any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses.

2. If any of the properties described in paragraph 1, above, as a result of any act or omission of the defendant –

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any

other property of the defendant up to the value of the property described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

3

A TRUE BILL

_____
Foreperson of the Grand Jury


_____
Todd E. Newhouse
Assistant U.S. Attorney


DISTRICT OF MASSACHUSETTS:

Returned into the District Court by the Grand Jurors and filed on June 9, 2005.

_____
Deputy Clerk of Court
3:55 PM



I hereby certify on 6/15/05 that the foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☐ electronically filed original filed on_____
☑ original filed in my office on 6/9/05
Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts
By:_____
Deputy Clerk

4

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

DAVID RUIZ

**WARRANT FOR ARREST**

CASE NUMBER: 05-300__ __-___

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ DAVID RUIZ _____
                                         Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

distribution and possession with intent to distribute cocaine base

in violation of
Title _____ 18 _____ United States Code, Section(s) 841

Kenneth P. Neiman                           Magistrate Judge
Name of Issuing Officer                      Title of Issuing Officer

[signature]                                  June 9, 2005  Springfield, MASS
Signature of Issuing Officer                 Date and Location

Bail fixed at $ _____ by _____
                              Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: DAVID RUIZ

ALIAS:

LAST KNOWN RESIDENCE: 86 Knollwood Street, Springfield, MA

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH: Springfield, MA

DATE OF BIRTH (4 digit year): 00-00-1976

SOCIAL SECURITY NUMBER (last 4 digits only): 000 - 00 - 6551

HEIGHT:                                                  WEIGHT:

SEX:   MALE                                              RACE:   Hispanic

HAIR:                                                    EYES:

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: FBI (Springfield, MA)



I hereby certify on 6/15/05 that the foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☐ electronically filed original filed on
☒ original filed in my office on 6/9/05
Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts
By: _____
Deputy Clerk

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

UNITED STATES OF AMERICA

-vs-                                                             Case No. 2:05-m-1050DNF

DAVID RUIZ

---

### ORDER APPOINTING COUNSEL PURSUANT TO
### THE CRIMINAL JUSTICE ACT

This Court has determined that the above-named defendant is financially unable to obtain adequate representation in the above-styled case, and is otherwise qualified for appointment of counsel. Accordingly, the Court makes the following appointment pursuant to the Criminal Justice Act (18 U.S.C. § 3006A):

### APPOINTMENT OF COUNSEL

- The Federal Public Defender is appointed as counsel for the Defendant.

### TYPE OF APPOINTMENT

- Rule 5(c)(2)(A) or Rule 40 Proceedings in this District

**DONE** and **ORDERED** in Fort Myers, Florida this **16th** day of June, 2005.

*/s/ Douglas N. Frazier*
DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

I CERTIFY THE FOREGOING TO BE A TRUE
AND CORRECT COPY OF THE ORIGINAL.
SHERYL L. LOESCH, CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

BY: _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA
Plaintiff

v.                                              Case No. 2:05-MJ-1050-DNF

DAVID RUIZ
Defendant

GOVERNMENT'S EXHIBIT LIST
Detention and Removal Hearing

| Ex. No. | Date Ident. | Date Adm. | Witness | Description |
|---|---|---|---|---|
| 1 | 6/21/5 | 6/21/5 | James. Ronsinske | Picture of Defendant |
| 2 | 6/21/5 | 6/21/5 | Cynthia Gonzalez | Picture of daughter |
|   |   |   |   |   |
|   |   |   |   |   |
|   |   |   |   |   |
|   |   |   |   |   |
|   |   |   |   |   |
|   |   |   |   |   |

I CERTIFY THE FOREGOING TO BE A TRUE
AND CORRECT COPY OF THE ORIGINAL
CHERYL L. LOESCH,
UNITED STATES DISTRICT
MIDDLE D[ISTRICT]

DEPUTY CLERK

Springfield Police Department
SSN: 023606551   DOB: 11/26/1977
Image Description: RUIZ  02-28-05
Image Date: 02/28/2005



Govt. Exhibit 7

**Cynthia Juanita Gonzalez**
63 Margaret St
Springfield, MA
Phone: 413-221-5893

Page: 1
Printed: 06/13/2005

Age: 19
DOB: 09/25/1985

Sex: F
Race: W
Ethnicity: Hispanic
Height: 503
Weight: 160
Nose: Normal
Hair: Black

Glasses: None
Face: Normal
Speech: English
Complexion: Light
Eyes: Brown
Ears: Normal
Body: Medium

SSN: 046787679
FBI: 898922XB9
Handed: Right
Print Class Right: 15PI121413
Print Class Left: 070511Cl18
Henry: 15 - 17W / 2U - 13
Marital Status: Single
Mother: Cynthia Garcia
Job Now: Unemployeed

State ID: MA10248098
Local: 096632

Father: Angel Gonzalez
Birthplace: Bridgeport, Ct



Report Printed By: OFFICER RONALD SHEEHAN  Springfield Police Department

## Arrests / Protective Custodies

| Date | Status | Activity Type | Refer to |
|---|---|---|---|
| 02/28/2005 | Open | Arrest | 05-802-AR |
| Charge: A&B WITH DANGEROUS WEAPON | | | |

Gov't Exh #2

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

UNITED STATES OF AMERICA

-vs-                                                                                       Case No. 2:05-m-1050DNF

DAVID RUIZ

## ORDER OF DETENTION PENDING TRIAL

### FINDINGS

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing has been held. The following facts and circumstances require the Defendant to be detained pending trial: The presumption applies. The Government produced strong evidence of guilt. The defendant has a prior record of crimes of violence and several violations of probation. The defendant has been in the community a short time resulting in few if any community ties.

**IT IS THEREFORE ORDERED**, that the defendant be detained as no condition or combination of conditions of release will reasonably assure the appearance of the Defendant as required or the safety of any other person and the community.  This conclusion is based on the findings and analysis of the matters enumerated in 18 U.S.C. § 3142(g) as stated on the record in open

court at the detention hearing.

**DONE** and **ORDERED** this 22nd day of June, 2005.

DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

I CERTIFY THE FOREGOING TO BE A TRUE
COPY OF THE ORIGINAL.
L. LOESCH, CLERK
\_TES DISTRICT COURT
\_STRICT OF FLORIDA

BY: _____
DEPUTY CLERK

**DIRECTIONS REGARDING DETENTION**

     **DAVID RUIZ** is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. **DAVID RUIZ** shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a Court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the Defendant to the United States marshal for the purpose of an appearance in connection with a Court proceeding.

Copies: U.S. Marshal

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

V.   CASE NUMBER: 2:05-MJ-1050-DNF

DAVID RUIZ

### COMMITMENT TO ANOTHER DISTRICT

The Defendant is charged with a violation of 18 U.S.C. 3606 alleged to have been committed in the District of Massachusetts

Brief description of charges: Possession with Intent to Distribute Cocaine

The Defendant has been unable to obtain release under the Bail Reform Act of 1984, 18 U.S.C. §§3141-3143.

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named Defendant and to transport that Defendant with a certified copy of this commitment forthwith to the district of offense as specified above and thre deliver the Defendant to the United States Marshal for that district or to some other officer authorized to receive the Defendant, all proceedings required by Fed. R. Crim. P.5 (c) or 40 having been completed.

*[signature]*
DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Date: June 22, 2005

### RETURN

This commitment was received and executed as follows:

| Date Commitment Order Received | Place of Commitment | Date Defendant Committed |
|---|---|---|
| Date | United States Marshal | (By) Deputy Marshal |

I CERTIFY THE FOREGOING TO BE A TRUE
AND CORRECT COPY OF THE ORIGINAL.
L. LOESCH, CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF FLORIDA

BY: *[signature] Bette [...]*
DEPUTY CLERK