UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>)<br>v.                                       )<br>)<br>)<br>DAVID RUIZ,                          )<br>          Defendant         ) | Criminal No. 05-30038-MAP |

SCHEDULING ORDER
July 20, 2005

NEIMAN, U.S.M.J.

David Ruiz ("Defendant"), having been arraigned this day and having not yet elected to proceed under the automatic discovery rules, IT IS HEREBY ORDERED in accordance with Local Criminal Rules (LR) 116.1 through 116.5 that:

1. Defendant shall, on or before August 3, 2005, file a Notice Re: Automatic Disclosure with the clerk's office and a copy thereof with the Government.

2. In the event that Defendant states in the Notice Re: Automatic Disclosure that no waiver will be filed (or in the event that Defendant fails to file the form by August 3, 2005, in which case it shall be deemed, in accord with LR 116.1(C), that Defendant will proceed under the automatic discovery provisions in accord with LR 116.1(C)), further proceedings shall be governed as follows:

   A. The Government shall produce, on or before August 17, 2005, or within fourteen days of receipt by the Government of a written

      statement that no waiver will be filed, *whichever shall first occur*, those materials required to be produced under LR 116.1(C).

B.    Defendant shall produce, on or before August 17, 2005, those materials required to be produced under LR 116.1(D).

C.    Any discovery request letters shall be sent and filed by August 31, 2005. *See* LR 116.3(A) and (H).

D.    Any responses to discovery request letters shall be sent and filed within fourteen days of receipt of the discovery request letter(s) referred to in Paragraph C above *or* on or before September 14, 2005, *whichever date shall first occur*. *See* LR 116.3(A).

E.    Consistent with the provisions of LR 116.3(E) through (H), any and all discovery motions shall be filed on or before fourteen days after the receipt of the opposing party's declination to provide the requested discovery *or* fourteen days after the opposing party has received the discovery request letter and has failed to respond thereto, *whichever date shall first occur*. *See* LR 116.3(E) through (H).

F.    Consistent with the provisions of Paragraph E above, a response to any motion shall be filed on or before fourteen days after the motion has been filed. *See* LR 116.3(I).

    G.    An Initial Status Conference in accordance with LR 116.5 will be held on September 7, 2005, at 2:00 p.m. in Courtroom III.[1]

    H.    A joint memorandum addressing those items set forth in Local Rule 116.5(A)(1) through (7) shall be filed on or before the close of business, September 6, 2005.

3.    In the event that Defendant waives the automatic disclosure of discovery material in her Notice Re: Automatic Disclosure, further proceedings shall be governed as follows:

    A.    Any discovery request letters shall be sent and filed by August 17, 2005. *See* LR 116.3(A) and (H).

    B.    Any responses to discovery request letters shall be sent and filed within fourteen days of receipt of the discovery request letter referred to in Paragraph A above *or* on or before August 31, 2005, *whichever date shall first occur*. *See* LR 116.3(A).

    C.    Consistent with the provisions of LR 116.3(E) through (H), any and all discovery motions shall be filed on or before fourteen days after receipt of the opposing party's declination to provide the requested discovery *or* fourteen days after the opposing party has received

---

[1] Defendants are not required to be present at the Initial Status Conference. Inasmuch as the court concludes that the Initial Status Conference is not a critical proceeding within the meaning of Fed. R. Crim. P. 43, defendants in custody will not be transported to court for the Initial Status Conference absent a showing of exceptional cause on motion duly filed in advance of the Initial Status Conference. *See* Fed. R. Crim. P. 43(c)(3).

        the discovery request letter and has failed to respond thereto, *whichever date shall first occur*. *See* LR 116.3(E) through (H).

D.     Consistent with the provisions of Paragraph C above, a response to any motion shall be filed on or before fourteen days after the motion has been filed. *See* LR 116.3(I)

E.     An Initial Status Conference in accordance with LR 116.5 will be held on September 7, 2005, at 2:00 p.m. in Courtroom III.[2]

2.     A joint memorandum addressing those items set forth in Local Rule 116.5(A)(1) through (7) shall be filed on or before the close of business, September 6, 2005.

IT IS SO ORDERED.

DATED: July 20, 2005

                                              /s/ Kenneth P. Neiman
                                              KENNETH P. NEIMAN
                                              U.S. Magistrate Judge

---

[2] *See* footnote 1.