UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>)<br>v.    )<br>)<br>)<br>)<br>DAVID RUIZ,    )<br>    Defendant  ) | Criminal No. 05-30038-MAP |

FINAL STATUS REPORT
September 7, 2005

NEIMAN, U.S.M.J.

The court this day held an initial status conference which, with the parties' consent, was converted into a final status conference. In accord with Local Criminal Rule 116.5(D), the court reports as follows:

1. An initial pretrial conference has been scheduled for September 29, 2005, at 3:30 p.m. in Courtroom I. Defendant will report at the time what dispositive motions, if any, he intends to file.

2. All discovery has been completed.

3. A trial, if necessary, will take approximately five days.

4. The parties report and the court finds that thirty days will have run on the Speedy Trial clock as of September 29, 2005. An Order of Excludable Delay will issue.

5. There are no other matters relevant to report.

    /s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge