

U.S. Department of Justice

FILED
'S OFFICE

2006 JAN 13 P 3: 15

United States Attorney
District of Massachusetts

*Main Reception: (413) 785-0235*
*Fax: (413) 785-0394*

*Federal Building & Courthouse*
*Main Street, Room 310*
*Springfield, Massachusetts 01103*

January 13, 2006

Dale E. Bass
14 Hubbard Ave.
Springfield, MA 01105

    Re:  United States v. David Ruiz
          Criminal No. 05-30038-MAP

Dear Attorney Bass:

    In accordance with the government's continuing discovery obligations pursuant to Local Rule 116.1(C) and 116.2(B) and Fed. R. Crim. P. 16(a)(1), I am providing you with the enclosed documents bates stamped 001-00075 regarding the government's cooperating witness.

    Please feel free to call me at (413) 785-0235 if you have any questions about the above information.

                        Very truly yours,

                        MICHAEL J. SULLIVAN
                        United States Attorney

        By:

                        TODD E. NEWHOUSE
                        Assistant U.S. Attorney

Enclosures
cc: Bethany Healy,
    Courtroom Clerk
    Hon. Kenneth P. Neiman
    United States Magistrate Judge
    (w/o enclosures);

1