

U.S. Department of Justice

United States Attorney
District of Massachusetts

Main Reception: (413) 785-0235
Fax: (413) 785-0394

Federal Building & Courthouse
Main Street, Room 310
Springfield, Massachusetts 01103

February 10, 2006

Dale E. Bass
14 Hubbard Ave.
Springfield, MA 01105

    Re:   <u>United States v. David Ruiz</u>
           Criminal No. 05-30038-MAP

Dear Attorney Bass:

    In accordance with the government's continuing discovery obligations pursuant to Local Rule 116.1(C) and 116.2(B) and Fed. R. Crim. P. 16(a)(1), I am providing you with the following information.

    On June 2, 2005, before his grand jury testimony and during his grand jury testimony CW Julian Rios was shown a photographic lineup which consisted of photographs of 28 males. Rios identified Tito Rodriguez's photograph as the person from whom he purchased crack on December 7, 2004. Based upon that identification and other evidence an Indictment was returned against Tito Rodriguez. The government now believes, based in part upon a review of the DVD of the deal, that Rios misidentified Rodriguez. As a result the government has filed a motion to dismiss the Indictment against Rodriguez.

    Please feel free to call me at (413) 785-0235 if you

1

have any questions about the above information.

>                             Very truly yours,
>
>                             MICHAEL J. SULLIVAN
>                             United States Attorney
>
>                       By:   _____
>                             TODD E. NEWHOUSE
>                             Assistant U.S. Attorney

cc: Bethany Healy,
    Courtroom Clerk
    Hon. Kenneth P. Neiman
    United States Magistrate Judge