UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA                    DOCKET NO. 05-30038

vs.

DAVID RUIZ,
   DEFENDANT

## MOTION TO ENLARGE TIME FOR FILING OF DISPOSITIONAL MOTIONS

 Now comes the Defendant's Counsel in the above captioned matter, and respectfully moves this Honorable Court to enlarge the time within which dispositional motions may be filed. Specifically, Counsel requests a new filing date of 20 March, 2006.

 An affidavit in support of said motion is attached and incorporated herein by reference.

DATED:  6 March, 2006     THE DEFENDANT,

              BY _____
              Dale E. Bass, Attorney
              BBO #545902
              14 Hubbard Avenue
               Springfield, MA  01105
              (413) 732-7900

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA                    DOCKET NO. 05-30038

vs.

DAVID RUIZ,
          DEFENDANT

### AFFIDAVIT OF COUNSEL

1. I am the attorney of record for the Defendant in the above captioned matter. On 23 February, 2006, Counsel was before Ponsor, J., for sentencing on the above captioned matter. At that time Ponsor, J., set filing date of 10 March, 2006, for filing additional dispositional motions, based on Counsel's argument during sentencing. A date of 24 March, 2006 was set for the Government's response, and a new sentencing date of 29 March, 2006, was set by order of the Court.

2. On 27 February, 2006, Counsel was notified that my father had been hospitalized in serious condition in Deerfield Beach, Florida. Counsel went to Florida to be at his side on 1 March, 2006. My father died on 3 March, 2006. His body is currently in transit to Rhode Island, and will arrive later today. A wake is scheduled for Tuesday, 7 March, 2006, with burial on 8 March, 2006. Counsel's family will be attending from all over the country. It is anticipated that Counsel will not return to the Commonwealth until 13 March, 2006.

3. Counsel respectfully requests that a new filing date of 20 March, 2006, be set for filing of dispositional motions on behalf of the Defendant. With new dates set for the filing of the Governments opposition and sentencing.

DATED:  6 March, 2006

THE DEFENDANT,

BY _____
Dale E. Bass, Attorney
BBO #545902
14 Hubbard Avenue
Springfield, MA  01105
(413) 732-7900