

U.S. Department of Justice

United States Attorney
District of Massachusetts

*Main Reception: (413) 785-0235*
*Fax: (413) 785-0394*

*Federal Building & Courthouse*
*Main Street, Room 310*
*Springfield, Massachusetts 01103*

March 22, 2006

Dale E. Bass
14 Hubbard Ave.
Springfield, MA 01105

    Re: <u>United States v. David Ruiz</u>
        Criminal No. 05-30038-MAP

Dear Attorney Bass:

    In accordance with the government's continuing discovery obligations pursuant to Local Rule 116.1(C) and 116.2(B) and Fed. R. Crim. P. 16(a)(1), I am providing you with the enclosed three one page reports from the Franklin County Sheriff's Office. Also, I have in my office a CD containing a recording of a telephone call made by the defendant on March 18, 2006. You may listen to this CD at a mutually convenient time.

    Please feel free to call me at (413) 785-0235 if you have any questions about the above information.

    Very truly yours,

    MICHAEL J. SULLIVAN
    United States Attorney

By: _____
    TODD E. NEWHOUSE
    Assistant U.S. Attorney

cc: Bethany Healy,
    Courtroom Clerk
    Hon. Kenneth P. Neiman
    United States Magistrate Judge