UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR NO. 05-30038-MAP |
| | ) |
| DAVID RUIZ | ) |

ORDER FOR SANCTIONS

May 4, 2006

PONSOR, D.J.

Based upon the failure of defense counsel to appear at ths scheduled sentencing on April 26, 2006, counsel for Defendant is hereby ordered to pay to the Clerk of this court, on or before May 31, 2006, monetary sanctions in the amount of $250.00.

It is So Ordered.

MICHAEL A. PONSOR
United States District Judge