

U.S. Department of Justice

United States Attorney
District of Massachusetts

Main Reception: (413) 785-0235
Fax: (413) 785-0394

Federal Building & Courthouse
Main Street, Room 310
Springfield, Massachusetts 01103

May 5, 2006

Dale E. Bass
14 Hubbard Ave.
Springfield, MA 01105

    Re: <u>United States v. David Ruiz</u>
        Criminal No. 05-30038-MAP

Dear Attorney Bass:

    In accordance with the government's continuing discovery obligations pursuant to Local Rule 116.1(C) and 116.2(B) and Fed. R. Crim. P. 16(a)(1), I am providing you with the following information.

    In it's automatic discovery letter the government stated "[o]n June 2, 2005, before his grand jury testimony and during his grand jury testimony, CW Julian Rios was shown a photographic lineup which consisted of photographs of 28 males. Rios identified the defendant's photograph as the person from whom he purchased crack on January 19, and 20, 2005." Automatic Discovery Letter at 3. The undersigned recently was told by FBI SA Mark Karangekis that on June 1, 2005, SA Karangekis showed the same 28 photographs to the CW and the CW identified the defendant's photograph as the person from whom he purchased crack on the relevant dates. Further, on the same date the CW misidentified photographs of Andres Cotto and Tito Rodriguez as individuals from whom he had previously purchased crack.

    Please feel free to call me at (413) 785-0235 if you

have any questions about the above information.

                                 Very truly yours,

                                 MICHAEL J. SULLIVAN
                                 United States Attorney

                       By:

                                 TODD E. NEWHOUSE
                                 Assistant U.S. Attorney

cc: Bethany Healy,
    Courtroom Clerk
    Hon. Kenneth P. Neiman
    United States Magistrate Judge

2