United States,
Clerk's office, for The District of Massachusetts,

To: Mr. or Miss,
Clerk's office
1550 Main Street
Springfield Mass. 01103

Date: 11/1/06



From: David Ruiz.  D.O.B 11-26-77,  /Docket No. 05-30038

Re: Sentencing Transcripts

Dear Mr. or Ms. Clerk. with all de Respect,
   I Had Requested the Court, for my Sentencing transcript. So I could start my 2255 motion. I have a dead Line! and to this Day I Have't Received my Request.
   I would like for you to Please forward my Sentencing transcripts and send them To my New Address blow Thank you for your time
        God Bless You.

                                    Respectfully:

                           David Ruiz. #34017-018
                           ▬ FCC USP#1
                           P.O Box 1033
                           Coleman, F.L. 33521