UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
                          WESTERN SECTION


UNITED STATES OF AMERICA    )
                            )
        V.                  )       CRIMINAL NO.   05-30038-NG
                            )
DAVID RUIZ                  )


**MOTION OF DEFENDANT FOR REDUCTION OF SENTENCE**

    The Defendant David Ruiz, by defense counsel Perman Glenn, III, respectfully submits this motion for a reduction in the sentence imposed in this case on May 17, 2006 pursuant to 18 U.S.C. § 3582(c)(2) and U.S.S.G. § 1B1.10, and to provide a sentencing recommendation to the Court.  The United States Sentencing Commission has made Amendment 706, which amends the drug quantity table set forth in U.S.S.G. § 2D1.1 to reduce the base offense level two levels for offenses involving cocaine base, retroactive.

    The defendant was convicted of an offense involving 13.4 grams of cocaine base.  This Court determined the defendant's guideline range to be 188 to 235 months, based on a total offense level of 31 and a criminal history category of IV.  However, this Court sentenced the defendant on May 17, 2006 to a term of 96 months' imprisonment placing him at a base offense

level of 23 with the criminal history category remaining IV. The Court found that a sentence in the aforementioned range would have been greater than necessary to accomplish the purposes of sentencing set forth in 18 U.S.C. § 3553(a).  Using the amended drug quantity table, the defendant's base offense level should be lowered from 23 to 21, thereby reducing the guideline range from 92 to 115 months to 77 to 96 months.

Section 3582(c)(2) allows this Court to modify a term of imprisonment upon a motion by the defendant in the circumstances presented here, where the defendant's guideline range is affected by a retroactive amendment to the guidelines. *See* 18 U.S.C. § 3582(c). Moreover, since the Guidelines are advisory in their entirety, this Court has the discretion to reduce the defendant's sentence by whatever amount the factors set forth in 18 U.S.C. § 3553(a) warrant.

                    Respectfully Submitted
                    Counsel for the Defendant,

                    /s/ Perman Glenn, III
                    Perman Glenn, III
                    1163 Main Street
                    Springfield, MA 01103
                    BBO#: 553724
                    (413) 734-9955
                    (413) 734-1255 fax