UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN SECTION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CRIMINAL NO.   05-30038-MAP |
| ) | |
| DAVID RUIZ ) | |

**MOTION FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT OF GOVERNMENT AND DEFENDANT REGARDING APPLICATION OF 18 U.S.C. § 3582(c)(2) AND U.S.C.G. § 1B1.10.**

Now comes the Defendant's Counsel in the above captioned matter, and respectfully moves the Honorable Court to extend the time within which the joint status report may be filed. Specifically, Counsel requests a new filing date of April 14, 2008. An affidavit in support of said motion is attached and incorporated herein by reference.

        Respectfully Submitted
        Counsel for the Defendant,

Dated: April 2, 2008        /s/ Perman Glenn, III
        Perman Glenn, III
        1163 Main Street
        Springfield, MA 01103
        BBO#: 553724
        (413) 734-9955
        (413) 734-1255 fax

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN SECTION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V.    ) | CRIMINAL NO.  05-30038-MAP |
| ) | |
| DAVID RUIZ    ) | |

## AFFIDAVIT OF COUNSEL

1. I am the attorney of record for the Defendant in the above captioned matter. On March 14, 2008, Counsel filed a motion for reduction of sentence on behalf of Defendant. Counsel received notice of the Standing Procedural Order on March __, 2008, which requires a joint status report be filed within 20 days of the filing of said motion.

2. Counsel spoke with opposing counsel regarding said counsel's position on eligibility. However, further correspondence with opposing counsel and the probation officer is necessary in order to fully complete the joint status report.

3. Counsel respectfully requests that a new filing date of April 14, 2008, be set for filing the joint status report on behalf of the Defendant.

                                                    Respectfully Submitted
                                                    Counsel for the Defendant,

Dated: April 2, 2008                     <u>/s/ Perman Glenn, III</u>
                                                  Perman Glenn, III
                                                  1163 Main Street
                                                  Springfield, MA 01103
                                                  BBO#: 553724
                                                  (413) 734-9955
                                                  (413) 734-1255 fax